**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CV381-RJC-DCK**

| | |
|---|---|
| UNITED STATES SURETY COMPANY, a Maryland Corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| HANOVER R.S. LIMITED PARTNERSHIP, a Delaware Limited Partnership, and FULLER DRYWALL & PAINT, LTD., Texas corporation, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**ORDER TO ADMIT ATTORNEY TO APPEAR IN THIS ACTION
*PRO HAC VICE***

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission Pro Hac Vice of Thomas Estel Crafton filed by Elizabeth A. Martineau, attorney for Plaintiff. Upon careful review and consideration, this Court will grant the Motion.

**IT IS THEREFORE ORDERED** that the Motion for Admission Pro Hac Vice of Thomas Estel Crafton is **GRANTED**.

**IT IS SO ORDERED.**

Signed: October 3, 2007

_____
David C. Keesler
United States Magistrate Judge