IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07CV381-RJC-DCK

| | |
|---|---|
| UNITED STATES SURETY COMPANY, a Maryland Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| HANOVER R.S. LIMITED PARTNERSHIP, a Delaware Limited Partnership, and FULLER DRYWALL & PAINT, LTD., Texas corporation, | ) ) ) ) ) |
| Defendants. | ) ) ) |

## ORDER TO ADMIT ATTORNEY TO APPEAR IN THIS ACTION
### *PRO HAC VICE*

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* of George Bruce Stigger filed by Elizabeth A. Martineau, attorney for Plaintiff. Upon careful review and consideration, this Court will grant the Motion.

**IT IS THEREFORE ORDERED** that the Motion for Admission *Pro Hac Vice* of George Bruce Stigger is **GRANTED**.

**IT IS SO ORDERED.**

Signed: October 3, 2007

David C. Keesler
United States Magistrate Judge