IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:07-CV-381-DCK

| UNITED STATES SURETY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| HANOVER R.S. LIMITED PARTNERSHIP, and FULLER DRYWALL & PAINT, LTD., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and there are motions ripe for disposition.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a Status and Motions Hearing, on **January 29, 2008**, prepared to discuss the status of this case and to argue any pending motions. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**SO ORDERED**.

Signed: December 5, 2007

David C. Keesler
United States Magistrate Judge